IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 7:26-cv-02873

IMAGE PROFESSIONALS GMBH d/b/a STOCKFOOD,

Plaintiff,

v.

BANGKOK CITY NY, INC.,

Defendant.

**MOTION TO SET ASIDE CLERK'S DEFAULT**

Plaintiff Image Professionals GmbH d/b/a StockFood ("Plaintiff") hereby files this motion to set aside the November 2, 2026 Clerk's Default [D.E. 14] entered against defendant Bangkok City NY, Inc. ("Defendant"), and states as follows:

1. This action was commenced pursuant to the Complaint filed on April 8, 2026. D.E. 1.

2. Defendant was served with the Complaint on April 10, 2026 [D.E. 8], and its answer to the Complaint was due on May 1, 2026.

3. Plaintiff requested the Court enter a Certificate of Default on October 29, 2026 [D.E. 12-13], and the Court issued the Clerk's Default against Defendant on November 2, 2026 [D.E. 14].[1]

4. Subsequently, Plaintiff's counsel made several attempts to notify Defendant of this action and the issued Clerk's Default.

[1] Plaintiff initially requested the Court enter a Certificate of Default on June 4, 2026, but was alerted by the Court/Clerk on October 28, 2026 that the Request was filed under the incorrect event type. As such, the request was re-filed on October 29, 2026.

5. On November 6, 2026, Defendant, through counsel, contacted the undersigned via e-mail, representing that "on or about October 6, 2023, Bangkok City sold its assets and the restaurant which forms the basis of your action, to April 6 Venture Corp. Bangkok City has not operated that restaurant, or any other facility at that or any other location since that time. Additionally, Bangkok City does not have any employees, so the service you allege is defective."

6. On November 9, 2026, Plaintiff's counsel was contacted via e-mail by counsel for April 6 Venture Corp., the entity that operates the business located at 100 Fifth Avenue, Pelham, NY 10803. Counsel for April 6 Venture Corp. indicated that the named Defendant had not been served, but April 6 Venture Corp.

7. April 6 Venture Corp. is a corporation organized and existing under the laws of the State of New York with its address listed at 100 Fifth Avenue, Pelham, NY 10803 and with an Assumed Name listed as "Bangkok City" (Assumed Name ID 7082158).

8. Given the foregoing and representations by counsel for the named Defendant and for April 6 Venture Corp., Plaintiff now seeks to have the Clerk's Default against the named Defendant set aside and then intends to file a motion for leave to file a First Amended Complaint to name the correct and current owner of the business located at 100 Fifth Avenue, Pelham, NY 10803, April 6 Venture Corp. d/b/a Bangkok City.

**WHEREFORE**, Plaintiff requests that Court issue an Order setting aside the Clerk's entry of default against Defendant.

Dated: November 10, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
christine@copycatlegal.com

By: /s/ Christine Zaffarano
Christine Zaffarano, Esq.
Daniel DeSouza, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Christine Zaffarano
Christine Zaffarano, Esq.

Granted. Plaintiff has until November 30, 2026, to amend its complaint.

Because Plaintiff's Amended Complaint will completely replace, not supplement, the original complaint, any facts or claims that Plaintiff wishes to maintain must be included in the Amended Complaint.

SO ORDERED.
November 16, 2026

